SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DELAWARE 19899-0636

TEL: (302) 651-3000
FAX: (302) 651-3001
www.skadden.com

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WASHINGTON, D.C.
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(302) 651-3124
DIRECT FAX
(302) 574-3124
EMAIL ADDRESS
JOSEPH.LARKIN@SKADDEN.COM

October 13, 2026

**<u>BY ECF</u>**

The Honorable Maryellen Noreika
United States District Court, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19, Room 4324
Wilmington, DE 19801

RE: <u>*Deel, Inc. v. Papaya Global Inc.*, 1:26-mc-00327</u>

Dear Judge Noreika:

We write on behalf of Movant Deel, Inc. regarding its pending Motion to Compel Compliance with Subpoena (ECF No. 1, the "Motion") in the above-captioned matter. Deel respectfully submits this letter to apprise the Court of scheduling considerations in the underlying litigation.

Discovery is ongoing in *People Center, Inc. d/b/a Rippling v. Deel, Inc.*, No. 3:25-cv-02576-CRB, pending in the Northern District of California. Fact discovery in that action is currently scheduled to close on January 15, 2027.

As explained in the Opening Brief in support of the Motion (ECF No. 3 at 7-10), the documents sought from Papaya are highly relevant to the claims and defenses at issue in the underlying action. Deel respectfully submits that it requires sufficient time to review any production, pursue any necessary follow-up document discovery, and prepare for depositions before the fact-discovery deadline. Accordingly, as that deadline approaches, the prejudice resulting from Papaya's continued nonproduction becomes increasingly significant.

Deel appreciates the Court's consideration of this matter and is available at the Court's convenience should Your Honor have any questions.

Sincerely,

*/s/ Joseph O. Larkin*

Joseph O. Larkin (ID No. 4883)

cc: All counsel of record (by ECF)